Mr. Keith E. Hottle, Clerk
of the Court of
Appeals

## No. 04-14-00288-CR

### IN THE FOURTH COURT OF APPEALS
### AT SAN ANTONIO, TEXAS

RICARDO ROGER MORALES

Defendant – Appellant.

vs.

THE STATE OF TEXAS

Plaintiff – Appellee

2015 JAN -9 PM 3: 02
IN THE COURT OF APPEALS
SAN ANTONIO FILED

On Appeal from the 25th District Court
of Guadalupe County, Texas
Hon. William D. Old, III Presiding
Trial Court Cause No. 13-1384-CR-A

### APPELLANT'S *PRO SE* MOTION
### FOR ACCESS TO APPELLATE RECORD

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellant Ricardo Roger Morales' court-appointed attorney has filed

Appellant's Brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant asks this court to provide him access to the appellate record so

that he may review the record in drafting his *pro se* brief explaining what

issues he thinks may be raised in this appeal.

WHEREFORE, PREMISES CONSIDERED, appellant RICARDO ROGER MORALES prays that after review of this motion and any response filed by the State of Texas, this court grant this motion and grant Mr. Morales *pro se* access to the appellate record in this appeal.

Respectfully submitted,

Ricardo Roger Morales, Appellant
TDCJ # 1922160
Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## Certificate of Service

I hereby certify that a true copy of this document was served by first class U.S. mail upon the 25th Judicial District Attorney's Office, 211 W. Court Street, Suite 260, Seguin, Texas 78155 on December 2, 2014.

## Certification of Compliance

According to the WordPerfect program used to create this document, there are 237 words in this document.

Extension of time Please

Thank you.

USA
FOREVER

NORTH TEXAS TX PDM
DALLAS TX 750
09 JAN 2015 PM 2 L

Ricardo R. Morales
1922160
Michael Unit
2664 FM 2054
Tennessee Colony, Tx.
Vh5886

Mr. Keith E. Hottle, Clerk
4th Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, Texas 78205-3037

78205300037

FILED
IN THE COURT OF
AT SAN ANTONI...
2015 JAN -9 PM 3: 02

Keith E. Hottle
CLERK